IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. STEVENSON, #228063, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:05-cv-271-MEF |
| ) | |
| GWENDOLYN MOSLEY, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on January 9, 2007 (Doc. #43), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that:

1. The motion for preliminary injunction filed by the plaintiff on December 29, 2006 is DENIED.

2. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 30th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE