IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DOUGLAS E. STEVENSON, #228063, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-271-MEF |
| | ) WO |
| GWENDOLYN C. MOSLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Rebuttal and Objections to the Magistrate's Findings and Order (Doc. #49) filed on February 15, 2007 which the court construes as a motion for reconsideration, it is hereby

ORDERED that the motion is DENIED.

DONE this the 21st day of February, 2007

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE